FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) __William Passarella Jr__  __LG-6537__
  (Name of Plaintiff)   (Inmate Number)

__301 Morea RD Frackville PA 17932__
  (Address)

(2) __Same__
  (Name of Plaintiff)   (Inmate Number)

__Same__
  (Address)

(Each named party must be numbered,
and all names must be printed or typed)

FILED
SCRANTON
AUG 20 2018
PER ___ DEPUTY CLERK

__3:18cv1644__
  (Case Number)

vs.

(1) __Jessica Carey__ __Unit Manager__ FA Block
(2) __Theresa DelBalso__ __Superintendent__
(3) __John Wetzel (DOC)__
  (Names of Defendants)

(Each named party must be numbered,
and all names must be printed or typed)

CIVIL COMPLAINT

JURY DEMAND

TO BE FILED UNDER:  __X__ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

  A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

  __Passarella V Menapace Et Al    Case: 3:18-cv-0075__
  __Assigned To: Honorable James M. Muncey__
  __Date Filed   04/05/2018__
  __Jurisdiction   Federal Question__

  __Case: 3:18-cv-00757__

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? __X__ Yes ____ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? __X__ Yes ____ No

C. If your answer to "B" is Yes:

1. What steps did you take? __GRIVANE__

2. What was the result? __Rejecet MANY TIMES__

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: __Jessica CAREY__
Employed as __UNIT MANGGR__ at __SCI MAhANOY State PRISON__
Mailing address: __301 MOREA RD FRACKVILLE, PA. 17932__

(2) Name of second defendant: __THERESA DelBALSO__
Employed as __SUPERINTENDENT__ at __SCI MAHANOY State PRISON__
Mailing address: __301 MOreA RD FRACKVILLE, PA. 17932__

(3) Name of third defendant: __JOHN WETZEL__
Employed as __Department of Corect Head QUARTERS__
Mailing address: __1920 Technology Park way MECHANICS burg PA. 17050__

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I'AM A DCoDE INMate SeRIOUS MeNtAlly HeaLth Diagonaze I WAS MOVED off A mENtAL HeaLth TReAtMENT (2) Block's AB, AND BA,

2

RTU Unit For Retaliation Purpose on Both Blocks

2. I cannot function right on a regular block, only on RTU Block. Now I'am not recieving mental health treatment. Now having mental deppressed. I'am not myself.

3. I requested to be transferred and many times denied. Nobody cares about this sistuation I feel I'am only a number.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. ① Mental Stress
   Duress
   Pain and Suffering
   Injury mental, under stress, Duress Not

2. being able to transfer to Another Jail And Denied.

   ② Transferred out this Prison To Another RTU Unit

3. $ 75,000.00 Each Defendents — F Block Unit Manager Jessica Carey
   $ 75,000.00 Each Defendent — Superindont Theresa DelBalso
   $ 75,000.00 Each Defendent — Doc Head Penn Doc John Wetzel

I'am a D Code Inmate Serious mentally Health Diagonaze I was moved off a Mental Health Treatment ② Blocks RTU Unit For Retaliation Purpose on Both Blocks:

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __MONDAY__ day of __12__, 20__18__

___William Rassele___
(Signature of Plaintiff)

William J Passarella JR
LG-6537
301 Morea RD
Frackville, PA. 17932
USA

RECEIVED
SCRANTON
AUG 20 2018
PER _____ DEPUTY CLERK

To:
United S
Middle

235

Scr

USA

Legal Mail